IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:07-CR-33-RLV-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL JEROME HAMPTON, | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, received October 15, 2007, from Michael Jerome Hampton, to United States Magistrate Judge Carl Horn (the "Letter"). In the Letter, Mr. Hampton, who is currently in custody, asks for a bond review hearing.

The record reflects that Mr. Hampton is represented by appointed counsel, Reita P. Pendry. While his letter is eloquent, it is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Hampton has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Hampton's request for a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Ms. Pendry.

The Clerk of Court is directed to send a copy of the Letter to Ms. Pendry along with her copy of this Order.

Signed: October 15, 2007

David C. Keesler
United States Magistrate Judge