IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:07-CR-33-RLV-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JEROME HAMPTON, | ) | **UNDER SEAL** |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Upon the Motion of Defendant Michael Jerome Hampton to seal the Memorandum in Aid of Sentencing, the Motion to Seal and the Order, and it appearing that good cause has been shown for the sealing of the aforementioned documents in order to protect the safety and privacy interests of Defendant Hampton and his family, IT IS HEREBY ORDERED that the Memorandum in Aid of Sentencing, the Motion to Seal and this Order, be sealed pending further orders of this Court.

The Court notes that it appears under Local Rule 55.1(H), the memorandum is directed to be sealed even without this motion.

SO ORDERED.

Signed: August 5, 2008

David C. Keesler
United States Magistrate Judge