IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07-CR-00033-KDB-DCK-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL JEROME HAMPTON | ) | |
| | ) | |

**THIS MATTER** is before the Court on what can most liberally be read as Defendant Michael Jerome Hampton's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 66). This is Defendant's third filing with the Court asserting the same general complaints and requesting compassionate release. (Doc. Nos. 61, 63). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion after exhaustion of his administrative remedies.

This Court has previously addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior rulings.

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 66), is **DENIED** without prejudice to a renewed motion after exhaustion of his administrative remedies.

**SO ORDERED.**

Signed: November 23, 2020

Kenneth D. Bell
United States District Judge